**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

07/16/2026

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| DAVID H. ZIMMERMAN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No.:  5:26cv00094 |
| | ) |
| LVNV FUNDING, LLC, | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT LVNV FUNDING, LLC'S NOTICE OF REMOVAL

Defendant LVNV Funding, LLC ("LVNV") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A.    PROCEDURAL BACKGROUND

1.    On or about April 29, 2026, Plaintiff David H. Zimmerman ("Plaintiff") filed a Warrant In Debt ("Warrant") in the Augusta County General District Court, Case No. GV26001033-00 ("State Court Action") alleging, against LVNV, violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et. seq.*

2.    LVNV was served with Plaintiff's Complaint on or about July 7, 2026, which was the first date that LVNV received, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.    GROUNDS FOR REMOVAL

3.    The United States District Court, Western District of Virginia has original jurisdiction pursuant to 28 U.S.C. § 1331 over Plaintiff's FCRA claims as these are founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). In the Warrant, Plaintiff seeks

1

damages for LVNV's alleged violations of the FCRA, 15 U.S.C. § 1681, *et seq*. Thus, removal is proper because Plaintiff's claims present a federal question.

### C.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4.    Pursuant to 28 U.S.C. § 1441(a), venue of the removed action is proper in the United States District Court, Western District of Virginia, Harrisonburg Division, because it is in the district and division embracing the place where the state court action is pending.

5.    In accordance with 28 U.S.C. § 1446(a), a copy of the docket sheet, all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon LVNV are attached hereto as **Exhibit A**.

6.    LVNV hereby expressly reserves any and all rights available under the Agreement at issue, including, but not limited to, any arbitration provisions, forum selection clauses, and choice of law provisions. Nothing in this Notice of Removal shall be construed as a waiver of any rights under the Agreement.

7.    Promptly after the filing of this Notice of Removal, LVNV shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Augusta County General District Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, LVNV requests that the above-described action be removed to this Court. Respectfully submitted this 16th day of July 2026.

Respectfully submitted,

*/s/ Laura May Hooe*
Laura May Hooe
Klein Thomas Lee & Fresard
Three James Center
1051 E. Cary St., Suite 1430

2

Richmond, VA 23219
(703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Counsel for LVNV Funding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

David H. Zimmerman
120 Lee Highway
Verona, VA 24482
*Plaintiff*

/s/ Laura May Hooe
*Counsel for LVNV Funding LLC*